IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ALLYN SCRIBNER | § | |
| VS. | § | CIVIL ACTION NO. 1:04cv409 |
| LANNETTE  LINTHICUM | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Allyn Scribner, proceeding *pro se*, filed the above-styled civil rights lawsuit.  The court referred the matter to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending plaintiff's motion to dismiss be granted and this lawsuit dismissed without prejudice as moot.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence.  No objections to the Report and Recommendation were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  Plaintiff's motion to dismiss is **GRANTED**.  A final judgment will be entered dismissing this lawsuit.

So **ORDERED** and **SIGNED** this 2   day of **August, 2007.**

_____
Ron Clark, United States District Judge